1
2
3
4
5
6
7           IN THE UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF CALIFORNIA
9  ANDRE RENE FLOYD,
10         Plaintiff,          No. CIV S-08-2346 KJM P
11    vs.
12 N. GRANNIS,
13         Defendant.          <u>ORDER</u>
14  _____/
15         Plaintiff, a state prisoner at California State Prison Sacramento, has filed a
16 document styled as a "request," seeking an extension of time to file a complaint. No other
17 pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a
18 complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either
19 pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]
20 <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying
21 relief until an action has been properly commenced. Therefore, plaintiff's motion will be denied
22 without prejudice. Plaintiff will be provided the opportunity to file his complaint, and to submit
23 an application requesting leave to proceed in forma pauperis or to submit the appropriate filing
24 fee.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request (docket no. 1) is denied without prejudice;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

DATED: October 20, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
floy2346.nocomplaint