IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE FLOYD,

        Plaintiff,          No. CIV S-08-2346 WBS KJM P

    vs.

N. GRANNIS, et al.,

        Defendants.          <u>ORDER</u>

/

        On April 7, 2009, the Magistrate Judge issued an order approving service on defendants Dang, Hasadri, Cantwell, Mikelatos and Soggie only. On May 6, 2009, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of April 7, 2009, is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (Docket No. 15) is denied.

DATED: May 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE