1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANDRE FLOYD,

11              Plaintiff,                   No. CIV S-08-2346 WBS KJM P

12       vs.

13  N. GRANNIS, et al.,

14              Defendants.                  ORDER

15  _____/

16          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff

17  seeks relief pursuant to 42 U.S.C. § 1983.

18          On May 14, 2009, the court ordered the United States Marshal to serve the

19  complaint on defendants. Process directed to defendant John R. Cantwell was returned unserved

20  because he cannot be located within the CDCR locator database. Plaintiff must provide

21  additional information to serve this defendant. Plaintiff shall promptly seek such information

22  through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other

23  means available to plaintiff. If access to the required information is denied or unreasonably

24  delayed, plaintiff may seek judicial intervention.

25  /////
26  /////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed November 17, 2008;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Cantwell;

    b. Two copies of the endorsed amended complaint filed November 17, 2008; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: July 14, 2009.

_____
U.S. MAGISTRATE JUDGE

/kly
floy2346.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RENE FLOYD,

      Plaintiff,                       No. CIV S-08-2346 WBS KJM P

   vs.

N. GRANNIS, et al.,              NOTICE OF SUBMISSION

      Defendants.             OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the __11/17/2008__
                                Amended Complaint

DATED:

                                        _____
                                        Plaintiff