IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RENE FLOYD,

      Plaintiff,                      No. CIV S-08-2346 WBS KJM P

    vs.

N. GRANNIS, et al.,

      Defendants.            <u>ORDER</u>

                              /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 14, 2009, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants J. Dang and Mikelatos was returned unserved because "per litigation-not employed." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the complaint filed November 17, 2008; and

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form each for defendants Dang and Mikelatos;

    b. Three copies of the endorsed complaint filed November 17, 2008; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: September 21, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
floy2346.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RENE FLOYD,

        Plaintiff,                                  No. CIV S-08-2346 WBS KJM P

   vs.

J. DANG, et al.,                              NOTICE OF SUBMISSION

        Defendants.                     OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                            Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff