IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE FLOYD,

        Plaintiff,                No. CIV S-08-2346 WBS KJM P

    vs.

N. GRANNIS, et al.,

        Defendants.       <u>ORDER</u>

                              /

        On December 4, 2009, this court denied plaintiff's request for an extension of time in which to conduct discovery because plaintiff had failed to serve his discovery requests sixty days prior to the discovery cut-off date.

        On December 17, 2009, plaintiff filed a request for reconsideration of this order, explaining that he had misunderstood the court's scheduling order and that, in September, some of his legal materials were confiscated from his cell, hampering his ability to proceed with discovery in this case. No defendant has opposed plaintiff's request.

        IT IS THEREFORE ORDERED that:

        1. Plaintiff's motion for reconsideration (docket no. 36) is granted;

////

////

2. Plaintiff is granted an additional thirty days from the date of this order to serve his discovery requests on defendants; responses to written discovery requests shall be due forty-five days after the requests are served; and

3. The date for filing any motions to compel is extended to March 1, 2010; the date for filing dispositive motions is extended to May 1, 2010; the dates for pretrial statements, pretrial conference, and trial established in the scheduling order of August 5, 2009 are hereby vacated but will be reset, if necessary, following the resolution of dispositive motions.

DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

2/floy2346.850