IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RENE FLOYD,

        Plaintiff,                    No. CIV S-08-2346 WBS CKD P

    vs.

N. GRANNIS, et al.,

        Defendants.            <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On April 7, 2009, the court ordered that the U.S. Marshal serve process on defendant Mikelatos at the address provided by plaintiff. Process was returned unexecuted on August 25, 2009. On September 21, 2009, the court ordered plaintiff to provide additional information as to the whereabouts of Mikelatos so process could be served. Plaintiff has not complied with that order.

/////
/////
/////
/////
/////

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause
2  within twenty-one days why defendant Mikelatos should not be dismissed from this action.

Dated: December 2, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
floy2346.osc