1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDRE RENE FLOYD,

11              Plaintiff,                    No. CIV S-08-2346 WBS CKD P

12        vs.

13   N. GRANNIS, et al.,

14              Defendants.                   ORDER

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19        On December 30, 2011, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Although plaintiff has filed objections to the findings and recommendations issued by the

23   magistrate judge on December 2, 2011 and December 12, 2011, it does not appear that he has

24   filed objections to those issued on December 30 2011.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

26   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

1

1    entire file, the court finds the findings and recommendations to be supported by the record and

2    by proper analysis.

3                    Accordingly, IT IS HEREBY ORDERED that:

4                    1.  The findings and recommendations filed December 30, 2011, are adopted in

5    full; and

6                    2. This action is dismissed without prejudice as against defendant Mikelatos .

7    DATED:  February 15, 2012

8    _____

9    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

10

11

12

13   /floy2346.805

14

15

16

17

18

19

20

21

22

23

24

25

26

2